# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2082
_____

BRITANY LANE f/k/a Brittany
Hoyt,

   Petitioner,

   v.

CHARLES HOYT,

   Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

August 1, 2018

PER CURIAM.

   The petition for writ of prohibition is denied on the merits.

WETHERELL and M.K. THOMAS, JJ., concur; BILBREY, J., concurs with opinion.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

BILBREY, J., concurring.

The motion to disqualify the trial judge raised sufficient grounds for disqualification but was untimely. *See* Fla. R. Jud. Admin. 2.330(d)(1) & (e). I therefore concur in the denial of the petition for writ of prohibition. Of course, the trial judge retains "authority to enter an order of disqualification on the judge's own initiative." Fla. R. Jud. Admin. 2.330(i).

_____

David A. Carroll, Pensacola, for Petitioner.

Caryn Van Matre, Pensacola, for Respondent.

2